■ In the Matter of LINDA STONE, Individually and on Behalf of Her Children, JEFFREY STONE and Another, Appellant, v STEPHEN BERGER, as Commissioner of New York State Department of Social Services, et al., Respondents.—Appeal unanimously dismissed, without costs, as moot. Memorandum: Petitioner's application for public assistance has been authorized by respondent Lascaris and the assistance sought provided for petitioner's

demonstrated needs. (Appeal from judgment of Onondaga Supreme Court—art 78.) Present—Marsh, P. J., Moule, Cardamone, Dillon and Goldman, JJ.